**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SALVADOR NEGRETE, ) | Case No. CV 01-9101 AHS (CW) |
| ) Petitioner, ) | JUDGMENT |
| ) v. ) | |
| DAVID L. RUNNELS (Warden), ) | |
| ) Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:  December 19, 2010

*ALICEMARIE H. STOTLER*
ALICEMARIE H. STOTLER
United States District Judge